**Exhibit A**

Table of Last-Observed Infringements by Defendants of PW Productions Inc's Copyright in the Motion Picture "Can I Bang Your Dad?," Copyright Reg. No. PA0001746737

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 108.20.46.15 | 2012-01-27 15:13:32 -0500 | Verizon Internet Services | BitTorrent | 800786d2a74fc6e8e34ba630a9d2d0809a95bad2 |
| Doe 2 | 108.49.19.143 | 2012-02-02 00:14:59 -0500 | Verizon Internet Services | BitTorrent | 800786d2a74fc6e8e34ba630a9d2d0809a95bad2 |
| Doe 3 | 173.48.196.111 | 2012-01-22 00:14:52 -0500 | Verizon Internet Services | BitTorrent | 800786d2a74fc6e8e34ba630a9d2d0809a95bad2 |
| Doe 4 | 173.76.181.5 | 2012-01-20 20:01:56 -0500 | Verizon Internet Services | BitTorrent | 800786d2a74fc6e8e34ba630a9d2d0809a95bad2 |
| Doe 5 | 24.128.63.31 | 2012-01-30 22:52:37 -0500 | Comcast Cable | BitTorrent | 800786d2a74fc6e8e34ba630a9d2d0809a95bad2 |
| Doe 6 | 24.181.239.34 | 2012-01-07 12:22:08 -0500 | CHARTER COMMUNICATIONS | BitTorrent | 800786d2a74fc6e8e34ba630a9d2d0809a95bad2 |
| Doe 7 | 24.34.176.110 | 2012-03-15 18:13:07 -0400 | Comcast Cable | BitTorrent | 800786d2a74fc6e8e34ba630a9d2d0809a95bad2 |
| Doe 8 | 24.62.114.14 | 2012-02-26 15:45:19 -0500 | Comcast Cable | BitTorrent | 800786d2a74fc6e8e34ba630a9d2d0809a95bad2 |
| Doe 9 | 66.189.51.244 | 2012-03-17 05:24:59 -0400 | CHARTER COMMUNICATIONS | BitTorrent | 800786d2a74fc6e8e34ba630a9d2d0809a95bad2 |
| Doe 10 | 71.162.80.229 | 2012-01-03 18:45:42 -0500 | Verizon Internet Services | BitTorrent | 800786d2a74fc6e8e34ba630a9d2d0809a95bad2 |
| Doe 11 | 71.184.204.217 | 2012-03-11 16:23:17 -0400 | Verizon Internet Services | BitTorrent | 800786d2a74fc6e8e34ba630a9d2d0809a95bad2 |
| Doe 12 | 71.232.32.225 | 2012-01-28 03:07:58 -0500 | Comcast Cable | BitTorrent | 800786d2a74fc6e8e34ba630a9d2d0809a95bad2 |
| Doe 13 | 74.104.146.239 | 2012-03-18 08:47:46 -0400 | Verizon Internet Services | BitTorrent | 800786d2a74fc6e8e34ba630a9d2d0809a95bad2 |
| Doe 14 | 74.104.178.47 | 2012-03-13 00:47:41 -0400 | Verizon Internet Services | BitTorrent | 800786d2a74fc6e8e34ba630a9d2d0809a95bad2 |
| Doe 15 | 75.69.206.0 | 2012-02-17 12:14:46 -0500 | Comcast Cable | BitTorrent | 800786d2a74fc6e8e34ba630a9d2d0809a95bad2 |
| Doe 16 | 76.127.216.88 | 2012-01-23 22:45:45 -0500 | Comcast Cable | BitTorrent | 800786d2a74fc6e8e34ba630a9d2d0809a95bad2 |
| Doe 17 | 96.233.41.225 | 2012-01-10 17:05:16 -0500 | Verizon Internet Services | BitTorrent | 800786d2a74fc6e8e34ba630a9d2d0809a95bad2 |
| Doe 18 | 96.32.251.99 | 2012-03-16 15:24:52 -0400 | CHARTER COMMUNICATIONS | BitTorrent | 800786d2a74fc6e8e34ba630a9d2d0809a95bad2 |
| Doe 19 | 98.216.15.57 | 2012-01-31 11:59:05 -0500 | Comcast Cable | BitTorrent | 800786d2a74fc6e8e34ba630a9d2d0809a95bad2 |